```
ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYBN 4325163)
Chief, Civil Division
GIOCONDA R. MOLINARI (CABN 177726)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 941027
    Telephone: (415) 436-7220
    Facsimile:  (415) 436-6748
    E-mail:  Gioconda.Molinari@USDOJ.gov

Attorneys for the United States of America
```

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| United States of America, *et al.*, *ex rel.* Kelvin Chris Stanger and John Hurst, <br><br> Plaintiffs, <br><br> v. <br><br> HCA Holdings, Inc., HCA Healthcare, Inc., *et al.*, <br> Defendants. | Case No. 21-cv-02716-TSH <br><br> **THE UNITED STATES OF AMERICA'S NOTICE OF CONSENT TO DISMISSAL;** ~~**[PROPOSED]**~~ **ORDER** <br><br> **FILED UNDER SEAL** |

On April 11, 2023, Plaintiffs-Relators Kelvin Chris Stanger and John Hurst filed a Notice of Voluntary Dismissal of this action.  Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby notifies the Court that the United States consents to the dismissal of this action without prejudice to the rights of the United States, based on its determination that such a dismissal is commensurate with the public interest and that the matter does not warrant the continued expenditure of government resources to pursue or monitor based on currently available information.

The United States requests that the Relators' Complaint, the United States' Notice of Consent to Dismissal, this Order, and any subsequent filings in this case be unsealed.  The United States requests that all other papers on file in this action, which the United States believes consist of the United States' requests to extend the seal and intervention deadline and the Court's orders on those requests, remain under seal, because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

DATED: April 12, 2023        By:        /s/
                                  GIOCONDA R. MOLINARI
                                  Assistant United States Attorney

//
//
//
//
//
//
//
//

NOTICE OF CONSENT TO DISMISSAL; [PROPOSED] ORDER
No. 21-cv-02716-TSH                            1

**[PROPOSED] ORDER**

Plaintiffs-Relators, Kelvin Chris Stanger and John Hurst, having filed a Notice of Voluntary Dismissal of this action, and the United States having filed its Notice of Consent to Dismissal pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the Court rules as follows:

IT IS ORDERED that,

1. This action is dismissed without prejudice as to the United States;

2. The seal shall be lifted upon Relators' Complaint, Relators' Notice of Voluntary Dismissal, the United States' Notice of Consent to Dismissal, this Order, and any subsequent filings in this case.

3. All other contents of the Court's file in this action shall remain under seal and not be made public, except for California's Notice of Election to Decline Intervention and Proposed Order and Order approving the same.

DATED: May 3, 2023

_____
HONORABLE THOMAS S. HIXSON
United States Magistrate Judge