1  **ROB BONTA**
   Attorney General of California
2  **VINCENT DICARLO**
   Supervising Deputy Attorney General
3  **JEANETTE H. CALINSKY** (SBN 307235)
   Deputy Attorney General
4  Division of Medi-Cal Fraud & Elder Abuse
    2329 Gateway Oaks Drive, Suite 200
5   Sacramento, CA 95833-4252
    Telephone: (916) 621-1793
6   E-mail: Jeanette.Calinsky@doj.ca.gov
    Facsimile: (916) 274-2929

*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATES OF ALASKA, CALIFORNIA, and NEVADA, *ex rel.* KELVIN CHRIS STANGER AND JOHN HURST,<br><br>Plaintiffs,<br><br>v.<br><br>HCA HOLDINGS, INC., HCA HEALTHCARE, INC., ALASKA REGIONAL HOSPITAL, LAKEVIEW HOSPITAL, HCA MOUNTAIN DIVISION, HCA FAR WEST DIVISION, HEALTHTRUST, CERECORE f/k/a PARALLON TECHNOLOGY SOLUTIONS, MITCHELL TIBBITTS, JILL BIRDSONG, MICHAEL HALE, KIM CHRISTENSEN, and TINA MILLER.<br><br>Defendants. | Case No. 21-cv-02716-TSH<br><br>~~[PROPOSED]~~ **ORDER ON STATE OF CALIFORNIA'S NOTICE OF ELECTION TO DECLINE INTERVENTION**<br><br>**FILED UNDER SEAL** |

The State of California ("California"), having declined to intervene in this action pursuant to the California False Claims Act, California Government Code section 12652, subdivision (c)(6)(B), and the named plaintiff states of Nevada and Alaska (collectively "States") having joined in California's Notice of Election to Decline Intervention, the Court rules as follows:

IT IS ORDERED THAT,

1. ~~Only~~ The *qui tam* complaint, California's Notice of Election to Decline Intervention and Proposed Order, and this Order shall be unsealed and served upon the defendants by the relators;
2. All orders of this Court shall be sent to California.
3. To the extent required by any of the States' respective false claims acts, the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the States;
4. The States may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time, and/or seek the dismissal of the relators' action or claims;
5. The parties shall serve all notices of appeal upon the States.

**IT IS SO ORDERED.**

Dated: May 3, 2023

_____
Honorable Judge Thomas S. Hixson
United States Northern District Judge